_____

No. 95-3244
_____

United States of America,        *
                             *
        Appellee,        *
                             *     Appeal from the United States
    v.                     *     District Court for the
                             *     Southern District of Iowa.
Mark Clinton Russell,        *        [UNPUBLISHED]
                           *
        Appellant.      *
_____

Submitted:  February 16, 1996

Filed:  May 9, 1996
_____

Before WOLLMAN, HEANEY, and MAGILL, Circuit Judges.
_____

PER CURIAM.

A jury found Mark Clinton Russell guilty on all counts of an indictment charging him with one count of conspiracy to transport stolen checks and drafts valued at $5,000.00 or more in interstate commerce, a violation of 18 U.S.C. § 371, and nine counts of transporting stolen checks and drafts valued at $5,000.00 or more in interstate commerce, a violation of 18 U.S.C. § 2314.  The district court[1] sentenced Russell to twenty-six months' imprisonment, to be followed by a three-year term of supervised release, and ordered Russell to pay restitution in the amount of $329,043.90.

On appeal, Russell contends that the district court erred in permitting the government to impeach him on the basis of statements Russell had made in a letter to investigating agents in Florida.

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

He also contends that the district court erred in calculating the amount of loss under section 2B1.1 of the sentencing guidelines.

Having reviewed the record, we are satisfied that Russell's contentions are without merit.  In light of the fact-intensive nature of the case, an extended opinion would have no precedential value. Accordingly, we affirm without further discussion of the issues.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.